**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DREW FOY, an individual; KASSANDRA CENTENO, an individual,

Plaintiff,

v.

CITY OF LOS ANGELES, a public entity; OFFICER RAYMOND ARMENTA; OFFICER LUCERA FRIAS, and DOE OFFICERS 1 - 5,

Defendants.

CASE NO. 2:24-cv-09247-AH-AJRx
*Hon. Anne Hwang. – Ctrm. 7D*
*Mag. Judge. A. Joel Richlin – Ctrm, 780*

**ORDER RE JOINT STIPULATION TO DISMISS WITH PREJUDICE [46 ][JS-6]**

**IT IS HEREBY ORDERED, ADJUGED, AND DECREED** that pursuant to the Stipulation of the parties and Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii):

1. That the above-entitled matter shall be dismissed in its entirety, with prejudice, as against all Defendants, including their past, present, and future officers, supervisors, directors, attorneys, employees, agents, subordinates, predecessors, successors-in-interest, assigns, and all other persons, firms, or corporations with whom any Defendant is now, has been, or may hereafter be affiliated;

2. That each party will bear its own costs;

3. That each party will waive all claims for attorneys' fees and costs under 42 U.S.C. § 1988 and any other provision of law; and

**IT IS SO ORDERED.**

Dared: JULY 13, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE